1  **STEPTOE & JOHNSON LLP**
2  MICHAEL J. ALLAN (*pro hac vice to be filed*)
   *mallan@steptoe.com*
3  JOHN WILLIAM TOTH (CA SBN 300055)
4  *btoth@steptoe.com*
   1330 Connecticut Avenue, NW
5  Washington, DC 20036
6  Telephone: (202) 429-3000
7
8  Attorneys for Defendants
9  BMG RIGHTS MANAGEMENT (US) LLC
   and RIGHTSCORP, INC.
10
11
12              **UNITED STATES DISTRICT COURT**
13           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
14

| COX COMMUNICATIONS, INC., | Case No.: 2:21-cv-03756-E |
|---|---|
| Plaintiff, | *Magistrate Judge Charles F. Eick* |
| v. | **ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| BMG RIGHTS MANAGEMENT (US) LLC and RIGHTSCORP, INC., | |
| Defendants. | Date Action Filed: May 3, 2021 Current Response Date: June 22, 2021 Proposed Response Date: July 13, 2021 |

ORDER

1
2
3
4
5   On June 21, 2021, the Parties filed a stipulation to extend the deadline for Defendants BMG Rights Management US LLC and Rightscorp, Inc. ("Defendants") to respond to the Complaint. Good cause appearing, the Parties' stipulation is adopted.

IT IS HEREBY ORDERED THAT:

The last day for Defendants to file a response to the Complaint is extended from June 22, 2021 until and including July 13, 2021.

DATED:  6/21/2021                                    /s/ Charles F. Eick
                                                    Honorable Charles F. Eick

1
ORDER