1 **STEPTOE & JOHNSON LLP**
2 MICHAEL J. ALLAN (*pro hac vice to be filed*)
3 *mallan@steptoe.com*
  JOHN WILLIAM TOTH (CA SBN 300055)
4 *btoth@steptoe.com*
5 1330 Connecticut Avenue, NW
  Washington, DC 20036
6 Telephone: (202) 429-3000
7

8
  Attorneys for Defendants
9 BMG RIGHTS MANAGEMENT (US) LLC
10 and RIGHTSCORP, INC.

11
## UNITED STATES DISTRICT COURT
12
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| COX COMMUNICATIONS, INC., | Case No.: 2:21-cv-03756-E |
| Plaintiff, | *Magistrate Judge Charles F. Eick* |
| v. | **SECOND STIPULATION TO EXTEND TIME FOR BMG RIGHTS MANAGEMENT (US) LLC AND RIGHTSCORP, INC. TO RESPOND TO THE COMPLAINT (L.R. 8-3)** |
| BMG RIGHTS MANAGEMENT (US) LLC and RIGHTSCORP, INC., | |
| Defendants. | Complaint served: June 1, 2021<br>Current response date: July 13, 2021<br>New response date: July 27, 2021 |

1       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2       PLEASE TAKE NOTICE that pursuant to Civil Local Rule 8-3 and the Court's Initial Order Re Case Management filed May 5, 2021 (ECF No. 8), Plaintiff Cox Communications, Inc. ("Plaintiff") and Defendants BMG Rights Management US LLC and Rightscorp, Inc. ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

      WHEREAS, Plaintiff filed a Complaint against Defendants on May 3, 2021 (ECF No. 1);

      WHEREAS, Defendants were served with the Complaint on June 1, 2021 (ECF No. 13);

      WHEREAS, on June 21, 2021, the Parties filed a joint stipulation and proposed order requesting that Defendants' deadline to respond to the Complaint be continued from June 22, 2021 to July 13, 2021 (ECF Nos. 14, 14-1);

      WHEREAS, on June 21, 2021, the Court ordered that Defendants' deadline to respond to the Complaint is July 13, 2021 (ECF No. 15);

      WHEREAS, the Parties are engaged in active discussions to resolve this matter outside of Court;

      WHEREAS, on July 7, 2021, counsel for Defendants, Michael Allan, sent an email to Plaintiff's counsel requesting an extension of two (2) weeks to respond to the Complaint as the Parties continue to discuss a resolution;

      WHEREAS, on July 7, 2021, counsel for Plaintiff, Jennifer Golinveaux, sent an email agreeing to the extension request;

      WHEREAS, the Parties do not make this request for purposes of unreasonable delay or harassment, but rather to promote judicial and party efficiency;

      WHEREAS, this is the second request for an extension of time to respond to the Complaint by Defendants;

NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY REQUEST THAT THE COURT ENTER AN ORDER AS FOLLOWS:

1. The last day for Defendants to respond to the Complaint is extended from July 13, 2021 to July 27, 2021.

**IT IS SO STIPULATED, AGREED, AND REQUESTED.**

Dated: July 7, 2021                              STEPTOE & JOHNSON LLP

                                                 By:  /s/ *John William Toth*
                                                         John William Toth

                                                 Attorneys for Defendants
                                                 BMG Rights Management US LLC
                                                 and RIGHTSCORP, INC.

Dated: July 7, 2021                              WINSTON AND STRAWN LLP

                                                 By:  /s/ *Jennifer Golinveaux*
                                                         Jennifer Golinveaux

                                                 Attorneys for Plaintiff
                                                 Cox Communications, Inc.

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

SECOND STIPULATION TO EXTEND TIME FOR BMG RIGHTS MANAGEMENT (US) LLC AND RIGHTSCORP, INC. TO RESPOND TO THE COMPLAINT (L.R. 8-3)