| | |
|---|---|
| 1 | Jennifer A. Golinveaux (SBN: 203056) |
| | jgolinveaux@winston.com |
| 2 | Thomas Kearney (SBN: 267087) |
| | tkearney@winston.com |
| 3 | WINSTON & STRAWN LLP |
| | 101 California Street, 35th Floor |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415-591-1506 |
| 5 | Facsimile:   415-591-1400 |

Attorneys for Plaintiff
COX COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| COX COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMG RIGHTS MANAGEMENT (US), LLC and RIGHTSCORP, INC., <br><br> Defendants. | Case No. 2:21-cv-03756-DSF-KK <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Cox Communications, Inc., by and through its undersigned counsel of record, hereby voluntarily dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 27, 2021                              Respectfully submitted,

                                                  By: /s/ *Jennifer A. Golinveaux*
                                                      Jennifer A. Golinveaux (SBN: 203056)

jgolinveaux@winston.com
Thomas Kearney (SBN: 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-1506
Facsimile: 415-591-1400

Attorneys for Plaintiff
COX COMMUNICATIONS, INC.

VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)